# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-00227-TCB-RGV
## USA v. Buckley et al
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 02/26/2015.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 3:45 P.M.
TIME IN COURT: 5:10
OFFICE LOCATION: Atlanta

COURT REPORTER: GIGI SIMCOX
TAPE NUMBER: FTR GOLD
DEPUTY CLERK: Patricia Montgomery

DEFENDANT(S): [2]David Lee NOT Present at proceedings
[3]Gary Edwin Sharp, II Present at proceedings

ATTORNEY(S) PRESENT:
Christopher Bly representing USA
Amanda Clark Palmer representing Gary Edwin Sharp
Warren Lietz representing David Lee
Donald Samuel representing Gary Edwin Sharp
John Zacharia representing USA

PROCEEDING CATEGORY: Evidentiary Hearing;

MOTIONS RULED ON:
DFT#2-[52]Motion to Suppress Statements DEFERRED TO DISTRICT COURT.
DFT#2-[54]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT
DFT#3-[55]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT

MINUTE TEXT: Exhibits admitted and retained by the Court: G1-G7. Witnesses sworn and testified: Agent Kevin Orkin, Agent Keith Kabrhel, Agent Scott Cieplik, Agent Steven Bennett, Katherine Sharp and Gary Sharpe, II. The transcript is due 3/16/2015, defendants supplemental briefs are due 3/30/2015, government's responses are due 4/24/2015, and defendants to reply by 5/11/2015. Declaration of Nicole A. Archambault is placed UNDER SEAL. Hearing remains open until March 4, 2015.