AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** GA — Northern

USA
v.
David Lee & Gary Sharp II

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 1;14-cr-227 TCB-RGV / 1;14-cr-229

| | |
|---|---|
| PRESIDING JUDGE | Russell G. Vineyard |
| PLAINTIFF'S ATTORNEY | Bly & Zacharia |
| DEFENDANT'S ATTORNEY | Lietz, Palmer & Samuel |
| TRIAL DATE(S) | 2-26-2015 |
| COURT REPORTER | Gigi Simcox |
| COURTROOM DEPUTY | Pat Montgomery |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/26/15 | ✓ | ✓ | Email from Brian Pearce to Don Samuel 10-10-12 |
| 2 | | " | ✓ | ✓ | Search and Seizure Warrant |
| 3 | | " | ✓ | ✓ | Consent to Assume online ID Auth form |
| 4 | | 2/26/15 | ✓ | ✓ | Consent to search computer(s) |
| 5 | | " | ✓ | ✓ | Toshiba Laptop Information |
| 6 | | " | ✓ | ✓ | Forensic Talon |
| 7 | | 2/26/15 | ✓ | ✓ | FOUO/Image collected by Agt Bennett |
| | | | | | **Witnesses** |
| ✓ | | 2/26/15 | | | Agt. Kevin Orkin |
| ✓ | | " | | | Agt. Keith Kabrhel |
| ✓ | | " | | | Agt. Scott Cieplik |
| ✓ | | " | | | Agt. Steven Bennett |
| | ✓ | " | | | Katherine Sharp |
| | ✓ | 2/26/15 | | | Gary Sharp, II |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages