IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GARY EDWIN SHARP, JR.,<br><br>   Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:14-cr-227-03-TCB-RGV<br><br>1:14-cr-229-01-TCB-RGV |

**O R D E R**

Before the undersigned is Defendant Sharp's Unopposed Motion to Modify Bond Conditions (Docs.69 and 77). The Government does not oppose this motion. The motion is granted. Defendant Sharp's bond conditions shall be modified to allow him to travel to the following additional states: Maine, New Hampshire, New Jersey, New York, Pennsylvania and Vermont. He will be allowed to continue travel to Northern District of Georgia, Rhode Island, Massachusetts and Connecticut. All other conditions of bond previously imposed remain in effect.

**IT IS SO ORDERED**, this the 16th day of June, 2015.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE