IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

GARY EDWIN SHARP, II, et al.,

Defendants.

CIVIL ACTION FILE

NUMBER 1:14-cr-227-TCB

## O R D E R

This case comes before the Court on Magistrate Judge Vineyard's Final Report and Recommendation (the "R&R") [82], which recommends denying Defendant Gary Edwin Sharp, II's motion to suppress evidence [55]. Sharp has filed objections to the R&R [86].

The motion to suppress, the R&R, and Sharp's objections to the R&R are substantially identical to those filed in connection with another criminal case pending before the undersigned in which Sharp is a defendant. *See United States v. Sharp*, No. 1:14-cr-229-TCB (N.D. Ga. filed June 17, 2014). In that case, the Court entered an Order [80]

adopting the R&R over Sharp's objections and denying the motion to suppress.

For all the reasons set forth in the Court's Order adopting the R&R in case number 1:14-cr-229, the Court adopts as its Order the R&R [82] in this case, overrules Sharp's objections [86], and denies Sharp's motion to suppress evidence [55].

IT IS SO ORDERED this 4th day of August, 2015.

Timothy C. Batten, Sr.
United States District Judge