IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON BLAKE BUCKLEY,<br>DAVID LEE, AND<br>GARY EDWIN SHARP, II | Criminal Action No.<br><br>1:14-CR-00227-TCB-RGV |

**MOTION OF THE UNITED STATES FOR WITHDRAWAL OF COUNSEL**

The United States of America files this Motion for Withdrawal of John Zacharia as an attorney of record for the Government in this case for the following reasons:

1. Assistant United States Attorney Christopher C. Bly remains the counsel of record for the United States and should be noticed for all pleadings.

2. The withdrawal of John Zacharia will not delay or interrupt the orderly operation of the Court as AUSA Bly will remain counsel of record.

Accordingly, the United States respectfully requests that this Court grant an Order to withdraw John Zacharia as counsel of record for the Government in this case. A Proposed Order is attached for the Court's convenience.

Respectfully submitted,

JOHN A. HORN
   *United States Attorney*

/s/CHRISTOPHER C. BLY
   *Assistant United States Attorney*
Georgia Bar No. 064634
Chris.Bly@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 10, 2017

/s/ CHRISTOPHER C. BLY

CHRISTOPHER C. BLY

*Assistant United States Attorney*