IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION FILE |
| ) | |
| GARY SHARP, ) | NUMBER 1:14-cr-229-1-TCB |
| ) | and   1:14-cr-227-TCB |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Gary Sharp's motion for permission to travel from Rhode Island (where he resides) to New York for the purpose of taking a cruise to the Bahamas and returning on March 4, 2018. The Government does not oppose Defendant's motion. The motion is hereby GRANTED. The Defendant shall comply with all other conditions of his pretrial release.

IT IS SO ORDERED this 31st day of January, 2018.

Timothy C. Batten, Sr.
United States District Judge